PROB 12C
(7/93)

Report Date: July 16, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Hugo Ramos                         Case Number: 0980 4:15CR06019-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 22, 2012

| | |
|---|---|
| Original Offense: | Transportation of Illegal Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(1)(A)(iii) & (v)(II) |
| Original Sentence: | Prison 21 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Date Supervision Commenced: | August 8, 2013 |
| Defense Attorney: | Alex B. Hernandez, III |
| Date Supervision Expires: | August 7, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by committing the offense of reckless driving on or prior to April 30, 2015.<br><br>According to the Probable Cause Affidavit, a deputy with the Umatilla County Sheriff's Office observed the defendant driving 92 mph in a 55 mph zone. After the deputy activated his vehicles' emergency lights and started to catch up with the defendant, the defendant moved head on into oncoming traffic forcing several vehicles off the roadway. The defendant then pulled over and was taken into custody. He is currently charged under Umatilla County Circuit Court case number 15-0597. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by committing the offense of driving without a valid driver's license on or prior to June 17, 2015.

According to the incident report provided by the Washington State Patrol, the defendant had a tire come off his vehicle and come to rest in the oncoming lane of traffic. Another vehicle struck the tire causing damage to their vehicle. The defendant provided his information to the victim and left the scene. When the investigating trooper ran the defendant's name, it was confirmed he did not have a valid driver's license. The trooper contacted the defendant by phone and confirmed all the information about the incident and his driving status. A citation was sent to the defendant in the mail under Benton County District Court case number 5Z0692356.

3   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by committing the offense of possession of a controlled substance, methamphetamine, on or prior to July 7, 2015.

On July 7, 2015, officers with the Umatilla Tribal Police in Pendelton, Oregon, were called to the Wildhorse Casino. The responding officer reported the defendant was not supposed to be in the room according to the casino staff. During the contact, officers located a pipe which had residue. The residue was tested and it returned positive for the presence of methamphetamine. The defendant was cited for possession of a controlled substance, methamphetamine, and released. The defendant was also trespassed from the casino for 6 months.

4   **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by entering the District of Oregon without receiving prior permission on or prior to July 7, 2015.

As noted above, on July 7, 2015, the defendant was contacted by Umatilla Tribal Police at the Wildhorse Casino in Pendelton, Oregon. The defendant had been directed not to enter the state of Oregon for purposes other than work and court hearings.

5   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by making false statements to United States probation on July 8, 2015.

On July 8, 2015, USPO Janie Coronado and this officer spoke to the defendant by phone about what had occurred in Pendelton, Oregon, the day prior. The defendant stated he was in Hermiston, Oregon, while we were speaking. After we discussed the circumstances behind

his contact with police in Pendelton, the defendant was directed to report to the probation office in Richland. The conversation was then terminated. The defendant called back later and stated he was not sure if he could report at our scheduled time as he was actually in Spokane, Washington. The defendant stated he had been asked by a female friend to take her to Spokane during the early morning of July 8, 2015. It was later confirmed by law enforcement that the defendant had actually rented a room at the Northern Quest Resort and Casino in Airway Heights on July 7, 2015, and he checked out on July 8, 2015.

6   **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by frequenting an area where controlled substances were present on or prior to July 8, 2015.

On July 7, 2015, the defendant rented a room at the Northern Quest Resort and Casino in Airway Heights, Washington. After the defendant checked out of the casino, housekeeping located a small amount of suspected drugs and a straw in his room. The casino contacted the Kalispel Tribal Police and provided the items. The substance was tested using a "NIK" test, which noted a positive testing for methamphetamine.

7   **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase. Possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to July 8, 2015.

After reporting to the Richland probation office on July 8, 2015, the defendant admitted he had been using methamphetamine and signed an admission form. The defendant also noted he had used on July 6th and 7th.

8   **Special Condition # 19**: Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation office. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

**Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by failing to report for a chemical dependancy treatment assessment on July 13, 2015, and July 15, 2015.

The defendant was scheduled for a chemical dependency treatment assessment on July 13, 2015, at First Step Community Counseling. The defendant failed to report as directed. After the defendant failed to report, staff at First Step Community Counseling contacted the defendant by phone and scheduled a second appointment for July 15, 2015, at 2:45 p.m. Once again the defendant failed to report.

Prob12C
**Re: Ramos, Oscar Hugo**
**July 16, 2015**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/16/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[X ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

July 16, 2015

Date