PROB 12C
(7/93)

Report Date: August 11, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Hugo Ramos                    Case Number: 0980 4:15CR06019-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 22, 2012

| | |
|---|---|
| Original Offense: | Transportation of Illegal Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(I)(A)(iii)(&(v)(II) |
| Original Sentence: | Prison 21 months; TSR - 36 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Probation

Date Supervision Commenced: 08/08/2013

Date Supervision Expires:     08/07/2016

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/16/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The defendant is considered to be in violation of his period of supervised release by committing the offense of possession of a controlled substance with intent to deliver, methamphetamine, on or prior to July 29, 2015. |
| | According to reports provided by the Spokane Police Department, officers were working with a confidential informant who advised they could obtain a large quantity of drugs. A call was placed and the defendant allegedly arrived in his vehicle with the agreed upon drugs. The defendant and several others were taken into custody and approximately one pound of methamphetamine was located in his vehicle. |
| | The defendant was taken into custody and charged under case number 15-802778. |

10     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: The defendant is considered to be in violation of his period of supervised release by failing to report a change of address.

On August 11, 2015, information was received from the defendant's niece that he has not resided at his listed address for the past 2 months. The defendant has reported on his monthly reports that he was residing at his aunt's home, when in reality he had been removed from the home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/11/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

August 11, 2015
Date