PROB 12C
(6/16)

Report Date: July 13, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/13/16

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oscar Ramos | Case Number: 0980 4:15CR06019-EFS-1 |
| Address of Offender: | Patterson, Washington 99345 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 22, 2012

| | |
|---|---|
| Original Offense: | Transportation of Illegal Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(I)(A)(iii)(&(v)(II) |
| Original Sentence: | Prison 21 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence Date: August 25, 2015 | Prison 6 months; TSR - 18 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| | Date Supervision Commenced: January 22, 2016 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: July 21, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

1         **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

         **Supporting Evidence**: Oscar Ramos is considered in violation of his period of supervised release by committing the offense of taking a motor vehicle without permission, under Benton County District Court case number 16Y0405.

         The defendant is alleged to have taken his aunts car without obtaining permission. According to the defendant's aunt, the defendant took her vehicle without her permission and she reported the vehicle stolen. The defendant was later contacted by a Benton County Sheriff's deputy and arrested. Benton County District Court documents noted the defendant was arrested on July 2, 2016, and was charged as noted above.

Prob12C
**Re: Ramos, Oscar**
**July 13, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 13, 2016

Date