PROB 12C
(6/16)

Report Date: August 26, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8/29/16

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Ramos                    Case Number: 0980 4:15CR06019-001

Address of Offender:                             Paterson, Washington 99345

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 22, 2012

| | |
|---|---|
| Original Offense: | Transportation of Illegal Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(I)(A)(iii)(&(v)(II) |
| Original Sentence: | Prison 21 months; TSR - 36 months            Type of Supervision: Supervised Release |
| Revocation Sentence Date: August 25, 2015 | Prison 6 months; TSR - 18 months |
| Asst. U.S. Attorney: | Shawn N. Anderson            Date Supervision Commenced: January 22, 2016 |
| Defense Attorney: | Alex B. Hernandez, III            Date Supervision Expires: July 21, 2017 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 07/13/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

2                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: Oscar Ramos is considered to be in violation of his period of supervised release by committing the offense of second degree theft under Benton County Superior Court case number 16-1-00694-2.

Prob12C
**Re: Ramos, Oscar**
**August 26, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/26/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

August 29, 2016

Date